IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:14-mJ-115-CHW |
| v. | |
| NATALIE J. ORAM | Violation: 18 U.S.C. § 641 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Victoria's Secret Pure Seduction Fragrance Mist, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

### COUNT TWO
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Victoria's Secret Sheer Love Fragrance Mist, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

### COUNT THREE
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and

under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Victoria's Secret PINK Wild at Heart Body Spray, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT FOUR
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Victoria's Secret PINK Wild at Heart Body Lotion, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT FIVE
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Victoria's Secret Perfect Body Jojoba Oil, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT SIX
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army

Air Force Exchange, to wit: one (1) Vera Bradley large tote, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT SEVEN
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: two (2) Vera Bradley wallets, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT EIGHT
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Love & Toast Lip Butter, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT NINE
### (THEFT OF GOVERNMENT PROPERTY)

That on or about April 9, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **NATALIE J. ORAM**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Five Hour Energy Drink, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: /s/ Kevin Ströberg

KEVIN D. STRÖBERG
Georgia Bar No. 852310
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551